UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GEORGE VAN HEEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GCA EDUCATION SERVICES, INC.; GCA SERVICES GROUP, INC.; GCA SERVICES GROUP OF CALIFORNIA, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01505-AB-JEM<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER PRECLUDING DISCLOSURE OF CONFIDENTIAL, PROPRIETARY, AND/OR PRIVATE INFORMATION**<br><br>Complaint Filed: December 17, 2019<br>FAC Filed: April 1, 2020<br>Trial: October 19, 2021 |

## **ORDER**

Having considered Plaintiff GEORGE VAN HEEL ("Plaintiff") and Defendant GCA EDUCATION SERVICES, INC.'s ("GCA") Stipulated Protective Order Precluding Disclosure of Confidential, Proprietary, and/or Private Information, filed on August 28, 2020, and for good cause shown, the Court hereby makes the Stipulated Protective Order an Order of the Court.

///

///

///

Pursuant to the Stipulated Protective Order, the Court authorizes GCA to produce to Plaintiff's counsel the names, personal telephone numbers, personal mailing addresses, and personal email addresses to the extent such information is in GCA's HRIS or payroll system, of GCA's current and former employees for the time period of December 17, 2015 to present, which would otherwise be protected by such employees' right to privacy subject to the completion of a privacy-opt out process.

IT IS SO ORDERED.

Dated: 8/31/2020

_____
Hon. John E. McDermott
United Stated Magistrate Judge

4830-4913-4534, v. 2